**RESHMA KAMATH**

Reshma Kamath, Cal. Bar No. 333800

700 El Camino Real, Suite 120, #1084

Menlo Park, California 94025, United States

Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com

*In Propria Persona*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHMA KAMATH, | **Case No.: 5:23-cv-03636-NC** |
| PLAINTIFF, | |
| v. | **PLAINTIFF RESHMA KAMATH'S REPLY TO THE OSC DATED NOVEMBER 3, 2023** |
| PAYPAL, INC.; AND, DOES 1-10, INCLUSIVE, | DEMAND FOR JURY TRIAL |
| DEFENDANTS | |

*TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD, HEREIN:*

1    ***PLEASE TAKE NOTICE*** that pursuant to **28U.S.C.§1332**, PLAINTIFF
2    RESHMA KAMATH has **FEDERAL DIVERSITY JURISDICTION[1]** as the Civil
3    Cover Sheet indicates on the face of it while filing the Complaint. Plaintiff has resided
4    and is domiciled in the State of Arizona for the past three years. Plaintiff has filed
5    taxes in the State of Arizona for the past two years. Plaintiff's car is registered in the
6    County of Mohave, State of Arizona until the year 2026. Plaintiff only has had a
7    virtual mail-box in California, and if in California, Plaintiff is in California only for
8    legal work/court/trial purposes when required. Defendant PAYPAL, INC. is a
9    Delaware corporation with its principal place of business, in the State of California.
10   There is **COMPLETE DIVERSITY**. Thus, this Court has jurisdiction to hear this if
11   the matter does not resolve in arbitration.
12   ///
13   **DATED: October 20, 2023**                    **RESHMA KAMATH**
14
15                                                  /s/ *Reshma Kamath*
16                                                  Reshma Kamath,
17                                                  Plaintiff,
                                                    *In Propria Persona*
18
19
20
21
22
23
24
25
26   _____

27   [1] "[t]he district courts shall have original jurisdiction of all civil actions where the matter in
     controversy exceeds the sum or value of $10,000, exclusive of interest and costs, and is
28   between (1) citizens of different States; (2) citizens of a State and citizens or subjects of a
     foreign state . . ." 28 U.S.C. § 1332(a).

## PROOF OF SERVICE

F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260

I am employed in the County of San Mateo, California. I am over the age of 18, and not a party to this action. My mailing address is: 700 El Camino Real, Suite 120, #1084, Menlo Park, California 94025, and my e-mail address is reshmakamath2021@gmail.com for electronic-service. On October 20, 2023, I served the following document(s) on: SEE ATTACHED SERVICE LIST.

**PLAINTIFF RESHMA KAMATH'S REPLY TO THE OSC DATED NOVEMBER 3, 2023**

*VIA USPS MAIL SERVICE*

*Via United States Mail: I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.*

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on October 20, 2023.

*/S/ Reshma Kamath*,
RESHMA KAMATH

SERVICE LIST

PAYPAL, INC., DEFENDANT
Attn: Legal Specialists,
Re: Notice of Dispute, P.O. Box 45950, Omaha, NE 68145-0950.