AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| RESHMA KAMATH, | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 5:23-cv-03636-EJD |
| PAYPAL, INC.,; AND DOES 1-10, INCLUSIVE | ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PayPal, INC.;
Legal Specialists, Re: Notice of Dispute, P.O. Box 45950, Omaha, NE 68145-0950.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RESHMA KAMATH, CAL. BAR NO. 333800,
Law Office of Reshma Kamath
700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
Phone:    650 257 0719 |
E-mail:    reshmakamath2021@gmail.com  |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Mark B. Busby

Date: 04/19/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:23-cv-03636-EJD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **PAYPAL, INC. ATTN: Legal Specialists**
was received by me on *(date)* **7-18-2024** .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **LEGAL SPECIALISTS** , who is
designated by law to accept service of process on behalf of *(name of organization)*
**PAYPAL, INC.** on *(date)* **July 18, 2024** ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **SERVICE TO: ATTN: Legal Specialists
2211 N. First St.
c/o Corporate Legal Dept
San Jose, CA 95131**

My fees are $ —  for travel and $ —  for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **7/18/2024**

*Server's signature*

**RANDALL LAWHITNEY**
*Printed name and title*

**2070 N. Broadway #4186
Walnut Creek, CA 94596**
*Server's address*

Additional information regarding attempted service, etc: