

*Via ECF electronic delivery* only

**DATED: AUGUST 20, 2024**

**RESHMA KAMATH**
700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
Phone: 650 257 0719 |  E-mail: reshmakamath2021@gmail.com  |
**PLAINTIFF**

### RE: *CAND'S GEPPETO: MARK BUSBY*

Now I see who the White puppet-master is pulling the strings of the CAND circus. The "random case re-assignment" is **not** that random. Very race-based, discretionary and subjective as to what judge is selected for each case.

It seems even Clerks of the Courts issue Orders – similar to the racists and misogynists from Appellate Reviewing Courts such as Mary Muruguia. As the elder does, so do the rest. Not so neutral, eh.

The racial misogyny in California Courts is deeply entrenched.

*Sincerely,*

*Reshma Kamath*

*Reshma Kamath, Plaintiff*