UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHMA KAMATH,<br><br>        Plaintiff,<br><br>    v.<br><br>PAYPAL, INC.,<br><br>        Defendant. | Case No. 23-cv-03636-EKL<br><br>**ORDER TO SHOW CAUSE REGARDING DISMISSAL** |

On December 23, 2023 Plaintiff filed the amended complaint in this action. ECF No. 19. That same day, Plaintiff filed a purported notice of service to Defendant PayPal, Inc. ("PayPal"). ECF No. 20. The purported notice is not a summons served in compliance with Federal Rule of Civil Procedure 4. Instead, it is an electronic form that Plaintiff personally submitted as part of PayPal's internal dispute resolution process for customer complaints. *See* ECF No. 20, Ex. A at 1. On April 19, 2024, Judge Edward J. Davila extended Plaintiff's deadline to serve the amended complaint by 90 days.[1] ECF No. 24 (requiring service by July 18, 2024). Judge Davila also "remind[ed] Plaintiff of the rules for service of process under Federal Rule of Civil Procedure 4." ECF No. 24.

On July 18, 2024—the last day to serve the amended complaint—Plaintiff filed a summons, ECF No. 25, but it was not served in compliance with Federal Rule of Civil Procedure 4(h)(1). The summons was served on "Legal Specialists," *id.* at 2, and according to the California Secretary of State's records, PayPal has not designated "Legal Specialists" to accept service of process on its behalf.

---

[1] The case was reassigned to this Court on August 20, 2024. ECF No. 28.

Plaintiff has had multiple opportunities to serve the amended complaint, which was filed more than nine months ago. Plaintiff failed to comply with Judge Davila's Order, ECF No. 24, and Federal Rule of Civil Procedure 4(m), which requires service of a complaint within 90 days. Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than October 29, 2024 why her claims should not be dismissed for lack of timely service or failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 8, 2024

Eumi K. Lee
United States District Judge