UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHMA KAMATH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAYPAL, INC.,<br><br>　　　　　Defendant. | Case No. 23-cv-03636-EKL<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 30 |

On December 23, 2023, Plaintiff filed the amended complaint in this action. ECF No. 19. More than ten months have passed, yet Plaintiff has failed to serve Defendant PayPal, Inc. ("PayPal") with the amended complaint in compliance with Federal Rule of Civil Procedure 4.

First, Plaintiff filed an internal PayPal customer complaint form as a purported proof of service. *See* ECF No. 20, Ex. A at 1. Judge Edward J. Davila "remind[ed] Plaintiff of the rules for service of process under Federal Rule of Civil Procedure 4" and extended Plaintiff's deadline to serve the amended complaint.[1] ECF No. 24. Ninety days later, Plaintiff filed a summons served on "Legal Specialists," ECF No. 25 at 2, but according to the California Secretary of State's records, PayPal has not designated "Legal Specialists" to accept service of process.

The Court ordered Plaintiff to show cause by October 29, 2024, why her claims should not be dismissed for lack of timely service. ECF No. 30. Plaintiff did not respond to the Order to Show Cause. Given her non-responsiveness, Plaintiff has not shown good cause for her failure to serve PayPal.

Accordingly, this case is DISMISSED WITHOUT PREJUDICE for lack of timely service

---

[1] The case was reassigned to this Court on August 20, 2024. ECF No. 28.

pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

Dated: October 30, 2024

_____
Eumi K. Lee
United States District Judge

2